BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>39.77 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, et al.,<br><br>    Defendants. | CASE NO. 1:14-cv-01819 SAB<br><br>ORDER GRANTING EX PARTE APPLICATION FOR ORDER FOR DEPOSIT OF FUNDS IN REGISTRY OF COURT<br><br>[GENERAL ORDER 531; L.R. 150(b)] |

The United States of America hereby requests that the Court issue an order requiring the Clerk of the Court to accept from the United States of America a check in the amount of SEVEN HUNDRED FORTY SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($747,500.00) for deposit in the registry of the Court pending further order of the Court. In support whereof, the United States represents as follows:

1.   The United States is in the process of exercising its authority to condemn and otherwise take property under 40 U.S.C. § 3114.  Section 3114 provides that on "filing the declaration of taking and depositing in the court . . . the amount of estimated compensation stated in the declaration—(1) title to the estate or interest specified in the declaration vests in the Government; (2) the land is condemned and taken for the use of the Government; and (3) the right to just compensation for the land vests in the

1 persons entitled to the compensation." Hence, the United States is required to file a declaration of
2 taking and deposit an amount of estimated compensation in order to comply with 40 U.S.C. § 3114.

3     2.    Concurrently herewith, the United States is filing a Declaration of Taking pursuant to 40
4 U.S.C. § 3114.

5 WHEREFORE, the United States of America requests that the Court issue an order requiring the
6 Clerk of the Court to accept from the United States of America a check in the amount of SEVEN
7 HUNDRED FORTY SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($747,500.00)
8 for deposit in the registry of the Court pending further order of the Court.

9 DATED: November 19, 2014        BENJAMIN B. WAGNER
                                          United States Attorney

11                                           */s/ Lynn Trinka Ernce*
                                          LYNN TRINKA ERNCE
12                                           Assistant United States Attorney

14                                 **ORDER**

16 IT IS SO ORDERED.

17 Dated:   **November 21, 2014**
18                                           UNITED STATES MAGISTRATE JUDGE