1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                          | CASE NO. 1:14-cv-01819 WBS
12 |       Plaintiff,                                   | STIPULATION OF DISMISSAL OF JAMES
   |    v.                                              | B. CLARK *AKA* JAMES BRADLEY CLARK,
13 |                                                    | BASED UPON DISCLAIMER; ORDER
14 | 39.77 ACRES OF LAND, MORE OR LESS,                 | THEREON
   | SITUATE IN TULARE COUNTY, STATE OF
15 | CALIFORNIA; RANDALL L. CARROLL,
   | TRUSTEE UNDER THE RANDALL L.
16 | CARROLL SEPARATE PROPERTY TRUST;
   | ROSEDALE WATER COMPANY, A
17 | CALIFORNIA CORPORATION; SUCCESS
   | DEVELOPMENT COMPANY, A CALIFORNIA
18 | CORPORATION; JOYCE D. TZUGARIS *AKA*
   | JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D.
19 | KING; CARL ADAIR BROWN *AKA* C. ADAIR
   | BROWN; BARBARA J. BROWN; SUCCESS
20 | MUTUAL WATER COMPANY, A CALIFORNIA
   | CORPORATION; SUCCESS PROPERTIES, A
21 | JOINT VENTURE OF J. RAND OLSON *AKA*
   | RAND OLSON *AKA* RAND J. OLSON *AKA*
22 | RAND JON OLSON *AKA* J.R. OLSON, KEITH D.
   | OLSON AND C. ADAIR BROWN; CHICAGO
23 | TITLE COMPANY, A CALIFORNIA
   | CORPORATION; HARDING & LEGGETT, INC.;
24 | MODOC COUNTY TITLE CO., INC.; JAMES L.
   | HOLDEN, TRUSTEE OF THE CHESTER M.
25 | MASON FAMILY TRUST; JAMES BRADLEY
   | CLARK *AKA* JAMES B. CLARK; PAULA DEAN
26 | CLARK *AKA* PAULA D. CLARK; TULARE
   | COUNTY ESCROW CO.; TULARE COUNTY
27 | TREASURER AND TAX COLLECTOR; and
   | UNKNOWN OWNERS,
28 |       Defendants.

STIPULATION OF DISMISSAL OF JAMES B. CLARK                     1
*AKA* JAMES BRADLEY CLARK

Defendant JAMES B. CLARK *AKA* JAMES BRADLEY CLARK (hereinafter "JAMES B. CLARK"), and Plaintiff the United States of America, submit the following stipulation to the Court for its approval.

First, JAMES B. CLARK disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action. This disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that JAMES B. CLARK be dismissed as Defendant in this action, and that any FURTHER service of documents upon JAMES B. CLARK following service of this Order, is not necessary, and that JAMES B. CLARK may be omitted from the caption of this case in all subsequent filings with the Court.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date: Dec. 1, 2014

By: */s/*
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Plaintiff, United States of America

Date: Nov. 26, 2014

By: */s/*
JAMES B. CLARK *AKA* JAMES BRADLEY CLARK

# ORDER

IT IS ORDERED that Defendant JAMES B. CLARK *AKA* JAMES BRADLEY CLARK (hereinafter "JAMES B. CLARK") is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon JAMES B. CLARK, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said JAMES B. CLARK may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated: December 2, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE