BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>39.77 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RANDALL L. CARROLL, TRUSTEE UNDER THE RANDALL L. CARROLL SEPARATE PROPERTY TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS PROPERTIES, A JOINT VENTURE OF J. RAND OLSON *AKA* RAND OLSON *AKA* RAND J. OLSON *AKA* RAND JON OLSON *AKA* J.R. OLSON, KEITH D. OLSON AND C. ADAIR BROWN; CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION; HARDING & LEGGETT, INC.; MODOC COUNTY TITLE CO., INC.; JAMES L. HOLDEN, TRUSTEE OF THE CHESTER M. MASON FAMILY TRUST; JAMES BRADLEY CLARK *AKA* JAMES B. CLARK; PAULA DEAN CLARK *AKA* PAULA D. CLARK; TULARE COUNTY ESCROW CO.; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS,<br><br>        Defendants. | CASE NO. 1:14-cv-01819  WBS<br><br>STIPULATION OF DISMISSAL OF PAULA D. CLARK *AKA* PAULA DEAN CLARK, BASED UPON DISCLAIMER; ORDER THEREON |

1  Defendant PAULA D. CLARK *AKA* PAULA DEAN CLARK (hereinafter "PAULA D.
2  CLARK"), and Plaintiff the United States of America, submit the following stipulation to the Court for
3  its approval.

4  First, PAULA D. CLARK disclaims interest or estate in the real property interests that are the
5  subject matter of this federal condemnation action.  This disclaimer does not extend to any other assets
6  held by other parties to this action.

7  Second, in light of this disclaimer of interest in the subject matter of this action, the parties
8  request that PAULA D. CLARK be dismissed as Defendant in this action, and that any FURTHER
9  service of documents upon PAULA D. CLARK following service of this Order, is not necessary, and
10  that PAULA D. CLARK may be omitted from the caption of this case in all subsequent filings with the
11  Court.

12  **Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date: Dec. 1, 2014

By:  */s/*
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Plaintiff, United States of America

Date: Nov. 26, 2014

By:  */s/*
PAULA D. CLARK *AKA* PAULA DEAN CLARK

STIPULATION OF DISMISSAL OF PAULA D. CLARK *AKA* PAULA DEAN CLARK    2

**ORDER**

IT IS ORDERED that Defendant PAULA D. CLARK *AKA* PAULA DEAN CLARK (hereinafter "PAULA D. CLARK") is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon PAULA D. CLARK, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said PAULA D. CLARK may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated: December 2, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE