| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | LYNN TRINKA ERNCE |
| | Assistant United States Attorney |
| 3 | 501 I Street Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2720 |
| | Facsimile:  (916) 554-2900 |
| 5 | |
| 6 | Attorneys for United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 1:14-cv-01819 WBS |
| Plaintiff, | | STIPULATION OF DISMISSAL OF TULARE COUNTY ESCROW CO., BASED UPON DISCLAIMER; ORDER THEREON |
| v. | | |
| 39.77 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RANDALL L. CARROLL, TRUSTEE UNDER THE RANDALL L. CARROLL SEPARATE PROPERTY TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS PROPERTIES, A JOINT VENTURE OF J. RAND OLSON *AKA* RAND OLSON *AKA* RAND J. OLSON *AKA* RAND JON OLSON *AKA* J.R. OLSON, KEITH D. OLSON AND C. ADAIR BROWN; CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION; HARDING & LEGGETT, INC.; MODOC COUNTY TITLE CO., INC.; JAMES L. HOLDEN, TRUSTEE OF THE CHESTER M. MASON FAMILY TRUST; JAMES BRADLEY CLARK *AKA* JAMES B. CLARK; PAULA DEAN CLARK *AKA* PAULA D. CLARK; TULARE COUNTY ESCROW CO.; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | | |
| Defendants. | | |

STIPULATION OF DISMISSAL OF TULARE COUNTY ESCROW CO.

1

1  Defendant TULARE COUNTY ESCROW CO. and Plaintiff the United States of America,
2 submit the following stipulation to the Court for its approval.
3  First, TULARE COUNTY ESCROW CO. disclaims interest or estate in the real property
4 interests that are the subject matter of this federal condemnation action.  This disclaimer does not extend
5 to any other assets held by other parties to this action.
6  Second, in light of this disclaimer of interest in the subject matter of this action, the parties
7 request that TULARE COUNTY ESCROW CO. be dismissed as Defendant in this action, and that any
8 FURTHER service of documents upon TULARE COUNTY ESCROW CO. following service of this
9 Order, is not necessary, and that TULARE COUNTY ESCROW CO. may be omitted from the caption
10 of this case in all subsequent filings with the Court.
11  **Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date: Dec. 1, 2014

By: _/s/_
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Plaintiff, United States of America

Date: Nov. 26, 2014

By: _/s/_
TULARE COUNTY ESCROW CO.

STIPULATION OF DISMISSAL OF TULARE COUNTY ESCROW CO.   2

# ORDER

IT IS ORDERED that Defendant TULARE COUNTY ESCROW CO. is dismissed as Defendant in this action.  The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon TULARE COUNTY ESCROW CO., no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said TULARE COUNTY ESCROW CO. may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated:  December 2, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE