1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  1:14-cv-01819 TLN SKO
12 |         Plaintiff, | *AMENDED* APPLICATION AND ORDER FOR PUBLICATION
    |     v. |
13 |  |
14 | 39.77 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RANDALL L. CARROLL, TRUSTEE UNDER THE RANDALL L. CARROLL SEPARATE PROPERTY TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS PROPERTIES, A JOINT VENTURE OF J. RAND OLSON *AKA* RAND OLSON *AKA* RAND J. OLSON *AKA* RAND JON OLSON *AKA* J.R. OLSON, KEITH D. OLSON AND C. ADAIR BROWN; CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION; HARDING & LEGGETT, INC.; MODOC COUNTY TITLE CO., INC.; JAMES L. HOLDEN, TRUSTEE OF THE CHESTER M. MASON FAMILY TRUST; JAMES BRADLEY CLARK *AKA* JAMES B. CLARK; PAULA DEAN CLARK *AKA* PAULA D. CLARK; TULARE COUNTY ESCROW CO.; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, |
    |         Defendants. |

*AMENDED* APPLICATION AND ORDER                          1
FOR PUBLICATION

On November 24, 2014, the Court entered an Order permitting the United States of America to serve Unknown Owners and defendant Success Development Company by publication. Dkt. No. 15. The United States has served all other defendants with court documents by certified mail. The package of documents served on defendant Success Mutual Water Company was returned to the United States as undeliverable and the United States believes that Success Mutual Water Company no longer exists as a legal entity. For these reasons, the United States believes that Success Mutual Water Company cannot be served by other means and respectfully requests that the Court modify its Order to include Success Mutual Water Company as a defendant who may be served by publication. Accordingly, the United States applies for an <u>amended</u> order of publication as follows:

1. Rule 71.1(d)(3)(B) of the Federal Rules of Civil Procedure provides that upon the filing of a Certificate for Service by Publication, defendants whose addresses cannot be determined after diligent inquiry within the state and unknown owners may be served by publication by a notice addressed to such defendants and/or to "Unknown Owners."

2. Local Rule 171 (Fed. R. Civ. P. 83), Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication upon the filing by counsel of a motion proposing the place and manner of such publication setting forth such information as the language to be published, the frequency of publication, the reasons underlying selection of the proposed vehicle of publication, and related matters;

3. The United States proposes that publication be made as follows:

 a. Publication shall be made once a week for not less than three successive weeks pursuant to Fed. R. Civ. P. 71.1(d)(3)(B);

 b. Service by publication is complete upon the date of the last publication. Proof of publication and mailing shall be made by certificate of the plaintiff's attorney, to which shall be attached a printed copy of the published notice with the names and dates of the newspaper marked thereon.

 c. Publication shall be made in the **TULARE ADVANCE-REGISTER**, a newspaper of general circulation, printed and published in the City of Visalia, County of Tulare, which newspaper has been adjudged a newspaper of general circulation within the County of Tulare, by the Superior Court of the County of Tulare, State of California;

d.     The publication is to be addressed to: Success Development Company, a California corporation; Success Mutual Water Company, a California Corporation; and "Unknown Owners" and is to include the following:

    (1)   The Court, title and number of the action;

    (2)   That the action is to condemn the property;

    (3)   A description of the property sufficient for its identification;

    (4)   The interest to be taken;

    (5)   The authority for the taking;

    (6)   The uses for which the property is to be taken;

    (7)   That the defendant may serve upon the Plaintiff's attorney an answer within 21 days after service of the notice, and that failure to do so constitutes consent to the taking and to the authority of the court to proceed to hear the action and to fix the compensation; and

    (8)   The name and address of the United States' attorney, where the attorney may be served, and the telephone number of the attorney.

DATED: December 9, 2014

BENJAMIN B. WAGNER  
United States Attorney

*/s/ Lynn Trinka Ernce*  
LYNN TRINKA ERNCE  
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED.**

Dated:  December 10, 2014

_____  
Troy L. Nunley  
United States District Judge

*AMENDED* APPLICATION AND ORDER FOR PUBLICATION

3