1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 1:14-cv-01819-TLN-SKO |
| 12         Plaintiff, | STIPULATION AND ORDER OF DISMISSAL OF ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION, BASED UPON DISCLAIMER; ORDER THEREON |
| 13     v. | |
| 14  39.77 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RANDALL L. CARROLL, TRUSTEE UNDER THE RANDALL L. CARROLL SEPARATE PROPERTY TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS PROPERTIES, A JOINT VENTURE OF J. RAND OLSON *AKA* RAND OLSON *AKA* RAND J. OLSON *AKA* RAND JON OLSON *AKA* J.R. OLSON, KEITH D. OLSON AND C. ADAIR BROWN; CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION; HARDING & LEGGETT, INC.; MODOC COUNTY TITLE CO., INC.; JAMES L. HOLDEN, TRUSTEE OF THE CHESTER M. MASON FAMILY TRUST; JAMES BRADLEY CLARK *AKA* JAMES B. CLARK; PAULA DEAN CLARK *AKA* PAULA D. CLARK; TULARE COUNTY ESCROW CO.; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | |
| 28         Defendants. | |

STIPULATION AND ORDER OF DISMISSAL OF                    1
ROSEDALE WATER COMPANY

1    Defendant ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION (hereinafter
2 "ROSEDALE"), and Plaintiff the United States of America, submit the following stipulation to the
3 Court for its approval.
4    First, ROSEDALE disclaims interest or estate in the real property interests that are the subject
5 matter of this federal condemnation action.  This disclaimer does not extend to any other assets held by
6 other parties to this action.
7    Second, in light of this disclaimer of interest in the subject matter of this action, the parties
8 request that ROSEDALE be dismissed as Defendant in this action, and that any FURTHER service of
9 documents upon ROSEDALE following service of this Order, is not necessary, and that ROSEDALE
10 may be omitted from the caption of this case in all subsequent filings with the Court.
11    **Finally, the other parties remain in the case and this dismissal does not close the case file.**
12
13                                     BENJAMIN B. WAGNER
                                       United States Attorney
14
15
  Date:  12/15/14                       */s/*
16                           By:        LYNN TRINKA ERNCE
                                        Assistant United States Attorney
17                                      Attorneys for Plaintiff, United States of America
18
19
  Date:  12/08/14                       /s/
20                           By:        ROSEDALE WATER COMPANY, A CALIFORNIA
                                        CORPORATION
21
22
23
24
25
26
27
28

STIPULATION AND ORDER OF DISMISSAL OF              2
ROSEDALE WATER COMPANY

# ORDER

IT IS ORDERED that Defendant ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION (hereinafter "ROSEDALE") is dismissed as Defendant in this action.  The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon ROSEDALE, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said ROSEDALE may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated:  December 16, 2014

_____
Troy L. Nunley
United States District Judge