1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 1:14-cv-01819 TLN SKO |
| 12              Plaintiff,<br>        v. | STIPULATION AND ORDER OF<br>DISMISSAL OF HARDING & LEGGETT,<br>INC., BASED UPON DISCLAIMER; ORDER<br>THEREON |
| 13  39.77 ACRES OF LAND, MORE OR LESS,<br>SITUATE IN TULARE COUNTY, STATE OF<br>CALIFORNIA; RANDALL L. CARROLL,<br>TRUSTEE UNDER THE RANDALL L.<br>CARROLL SEPARATE PROPERTY TRUST;<br>ROSEDALE WATER COMPANY, A<br>CALIFORNIA CORPORATION; SUCCESS<br>DEVELOPMENT COMPANY, A CALIFORNIA<br>CORPORATION; JOYCE D. TZUGARIS *AKA*<br>JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D.<br>KING; CARL ADAIR BROWN *AKA* C. ADAIR<br>BROWN; BARBARA J. BROWN; SUCCESS<br>MUTUAL WATER COMPANY, A CALIFORNIA<br>CORPORATION; SUCCESS PROPERTIES, A<br>JOINT VENTURE OF J. RAND OLSON *AKA*<br>RAND OLSON *AKA* RAND J. OLSON *AKA*<br>RAND JON OLSON *AKA* J.R. OLSON, KEITH D.<br>OLSON AND C. ADAIR BROWN; CHICAGO<br>TITLE COMPANY, A CALIFORNIA<br>CORPORATION; HARDING & LEGGETT, INC.;<br>MODOC COUNTY TITLE CO., INC.; JAMES L.<br>HOLDEN, TRUSTEE OF THE CHESTER M.<br>MASON FAMILY TRUST; JAMES BRADLEY<br>CLARK *AKA* JAMES B. CLARK; PAULA DEAN<br>CLARK *AKA* PAULA D. CLARK; TULARE<br>COUNTY ESCROW CO.; TULARE COUNTY<br>TREASURER AND TAX COLLECTOR; and<br>UNKNOWN OWNERS,<br>              Defendants. | |

1  Defendant HARDING & LEGGETT, INC. and Plaintiff the United States of America, submit
2 the following stipulation to the Court for its approval.
3  First, HARDING & LEGGETT, INC. disclaims interest or estate in the real property interests
4 that are the subject matter of this federal condemnation action.  This disclaimer does not extend to any
5 other assets held by other parties to this action.
6  Second, in light of this disclaimer of interest in the subject matter of this action, the parties
7 request that HARDING & LEGGETT, INC.be dismissed as Defendant in this action, and that any
8 FURTHER service of documents upon HARDING & LEGGETT, INC. following service of this Order,
9 is not necessary, and that HARDING & LEGGETT, INC. may be omitted from the caption of this case
10 in all subsequent filings with the Court.
11  **Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date:  December 18, 2014

By:  /s/
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Plaintiff, United States of America

Date:  December 18, 2014

By:  /s/
HARDING & LEGGETT, INC

STIPULATION AND ORDER OF DISMISSAL OF
HARDING & LEGGETT, INC.

2

**ORDER**

IT IS ORDERED that Defendant HARDING & LEGGETT, INC. is dismissed as Defendant in this action.  The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon HARDING & LEGGETT, INC., no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said HARDING & LEGGETT, INC. may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated:  December 23, 2014

_____
Troy L. Nunley
United States District Judge