1  BENJAMIN B. WAGNER
United States Attorney
2  LYNN TRINKA ERNCE
Assistant United States Attorney
3  501 I Street Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2720
Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>     v.<br><br>39.77 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RANDALL L. CARROLL, TRUSTEE UNDER THE RANDALL L. CARROLL SEPARATE PROPERTY TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS PROPERTIES, A JOINT VENTURE OF J. RAND OLSON *AKA* RAND OLSON *AKA* RAND J. OLSON *AKA* RAND JON OLSON *AKA* J.R. OLSON, KEITH D. OLSON AND C. ADAIR BROWN; CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION; HARDING & LEGGETT, INC.; MODOC COUNTY TITLE CO., INC.; JAMES L. HOLDEN, TRUSTEE OF THE CHESTER M. MASON FAMILY TRUST; JAMES BRADLEY CLARK *AKA* JAMES B. CLARK; PAULA DEAN CLARK *AKA* PAULA D. CLARK; TULARE COUNTY ESCROW CO.; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS,<br><br>           Defendants. | CASE NO. 1:14-cv-01819-TLN SKO<br><br>STIPULATION AND ORDER OF DISMISSAL OF J. RAND OLSON |

1  Defendant J. RAND OLSON and plaintiff the United States of America, submit the following
2  stipulation to the Court for its approval.
3  First, J. RAND OLSON disclaims interest or estate in the real property interests that are the
4  subject matter of this federal condemnation action.  This disclaimer does not extend to any other assets
5  held by other parties to this action.
6  Second, in light of this disclaimer of interest in the subject matter of this action, the parties
7  request that J. RAND OLSON be dismissed as Defendant in this action, and that any FURTHER service
8  of documents upon J. RAND OLSON following service of this Order, is not necessary, and that
9  J. RAND OLSON may be omitted from the caption of this case in all subsequent filings with the Court.
10  **Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date:  12/30/2014         By:      /s/
                                   LYNN TRINKA ERNCE
                                   Assistant United States Attorney
                                   Attorneys for Plaintiff, United States of America

Date:  12/30/2014         By:      /s/
                                   J. RAND OLSON

STIPULATION AND ORDER OF DISMISSAL OF J. RAND OLSON          2

**ORDER**

IT IS ORDERED that Defendant J. RAND OLSON is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon J. RAND OLSON, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said J. RAND OLSON may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated:  January 6, 2015

Troy L. Nunley
United States District Judge