1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 1:14-cv-01819 |
| 12           Plaintiff,<br>       v. | STIPULATION OF DISMISSAL OF MODOC COUNTY TITLE CO., INC., BASED UPON DISCLAIMER; ORDER THEREON |
| 13  39.77 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RANDALL L. CARROLL, TRUSTEE UNDER THE RANDALL L. CARROLL SEPARATE PROPERTY TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS PROPERTIES, A JOINT VENTURE OF J. RAND OLSON *AKA* RAND OLSON *AKA* RAND J. OLSON *AKA* RAND JON OLSON *AKA* J.R. OLSON, KEITH D. OLSON AND C. ADAIR BROWN; CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION; HARDING & LEGGETT, INC.; MODOC COUNTY TITLE CO., INC.; JAMES L. HOLDEN, TRUSTEE OF THE CHESTER M. MASON FAMILY TRUST; JAMES BRADLEY CLARK *AKA* JAMES B. CLARK; PAULA DEAN CLARK *AKA* PAULA D. CLARK; TULARE COUNTY ESCROW CO.; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS,<br>           Defendants. | |

Defendant MODOC COUNTY TITLE CO., INC. (hereinafter "MODOC COUNTY TITLE") and Plaintiff the United States of America, submit the following stipulation to the Court for its approval.

First, MODOC COUNTY TITLE disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action.  This disclaimer does not extend to any other assets held by other parties to this action.

Second, MODOC COUNTY TITLE declares pursuant to California Civil Code Section 2924l (declaration of nonmonetary status) that its sole reason for being named in the action is as trustee on the underlying deed of trust and that is the only reason it has been named,  Further, it is trustee's belief it has done nothing improper and agrees to be bound by the court judgment.

Third, in light of this disclaimer of interest in the subject matter of this action and the declaration of nonmonetary status, the parties request that MODOC COUNTY TITLE be dismissed as Defendant in this action, and that any FURTHER service of documents upon MODOC COUNTY TITLE following service of this Order, is not necessary, and that MODOC COUNTY TITLE may be omitted from the caption of this case in all subsequent filings with the Court.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date:  12/16/14                        By:    /s/
                                              LYNN TRINKA ERNCE
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff, United States of America


Date:  01/6/15                         By:    /s/
                                              MODOC COUNTY TITLE CO., INC.

STIPULATION OF DISMISSAL OF MODOC COUNTY TITLE CO., INC.          2

## **ORDER**

IT IS ORDERED that Defendant MODOC COUNTY TITLE CO., INC. (hereinafter "MODOC COUNTY TITLE") is dismissed as Defendant in this action.  The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon MODOC COUNTY TITLE, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said MODOC COUNTY TITLE may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated:  January 9, 2015

_____
Troy L. Nunley
United States District Judge