BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CV-01819 TLN SKO |
| Plaintiff, | **ORDER AUTHORIZING DISBURSEMENT OF $747,500.00 DEPOSIT** |
| v. | |
| 39.77 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RANDALL L. CARROLL, TRUSTEE UNDER THE RANDALL L. CARROLL SEPARATE PROPERTY TRUST; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS PROPERTIES, A JOINT VENTURE OF J. RAND OLSON *AKA* RAND OLSON *AKA* RAND J. OLSON *AKA* RAND JON OLSON *AKA* J.R. OLSON, KEITH D. OLSON AND C. ADAIR BROWN; CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION; MODOC COUNTY TITLE CO., INC.; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | |
| Defendants. | |

1  Following a stipulation, filed herein, by and between the United States of America and Randall L.
2  Carroll, Trustee Under The Randall L. Carroll Separate Property Trust, Established September 15, 2009
3  ("Trustee"), the Court is fully informed and finds:
4  The subject property is situated in the County of Tulare, State of California, as more particularly
5  described in the Complaint and Declaration of Taking filed herein.
6  On November 19, 2014, the United States filed a Complaint and a Declaration of Taking which
7  describe the estate and interests in the subject property condemned by this action. On November 20,
8  2014, the United States delivered a check for $747,500.00 to the Clerk of the Court as estimated just
9  compensation for the taking of such estate and interests. The Clerk deposited the check into the Court's
10 registry account on November 25, 2014.
11 The Trustee has warranted and represented that he held fee title to the subject property as of
12 November 20, 2014 and November 25, 2014.
13 The United States and the Trustee have entered into a stipulation whereby the Trustee has agreed
14 to accept payment of $747,500.00 as just compensation for the Trustee's interests in the subject property.
15 The parties have requested that the Court order the Clerk to disburse the $747,500.00 as soon as possible
16 under Rule 71.1(j)(2) of the Federal Rules of Civil Procedure.
17 Based on the stipulation and good cause appearing therefore,
18 IT IS HEREBY ORDERED that the stipulation is approved in its entirety;
19 IT IS FURTHER ORDERED that, as soon as possible, and no later than thirty (30) days after the
20 date of entry of this Order, the Clerk shall distribute $747,500.00 by check made payable to "Randall L.
21 Carroll, Trustee Under The Randall L. Carroll Separate Property Trust, Established September 15,
22 2009" and mailed to:     Randall L. Carroll, Trustee
23                          981 W. North Grand Avenue
24                          Porterville, California 93257
25 This payment shall be full, adequate, and just compensation for all of the Trustee's interests in the
26 estates and interests condemned in this action and shall be in full satisfaction of any and all claims of
27 whatsoever nature by the Trustee against the United States of America in any way related to the institution
28 and prosecution of this action.

ORDER AUTHORIZING DISBURSEMENT OF
$747,500.00 DEPOSIT

2

1   Upon payment of the $747,500.00 to the Trustee, the Clerk is directed to enter satisfaction of
2   judgment of record as to the Trustee.
3   The parties shall be responsible for their own legal fees, costs, and expenses.

5   Dated:  January 21, 2015

Troy L. Nunley
United States District Judge