1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 1:14-cv-01819 |
|---|---|---|
| 12 | Plaintiff, | STIPULATION OF DISMISSAL OF CARL ADAIR BROWN *AKA* C. ADAIR BROWN, BASED UPON DISCLAIMER; ORDER THEREON |
| 13 | v. | |
| 14-27 | 39.77 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RANDALL L. CARROLL, TRUSTEE UNDER THE RANDALL L. CARROLL SEPARATE PROPERTY TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS PROPERTIES, A JOINT VENTURE OF J. RAND OLSON *AKA* RAND OLSON *AKA* RAND J. OLSON *AKA* RAND JON OLSON *AKA* J.R. OLSON, KEITH D. OLSON AND C. ADAIR BROWN; CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION; HARDING & LEGGETT, INC.; MODOC COUNTY TITLE CO., INC.; JAMES L. HOLDEN, TRUSTEE OF THE CHESTER M. MASON FAMILY TRUST; JAMES BRADLEY CLARK *AKA* JAMES B. CLARK; PAULA DEAN CLARK *AKA* PAULA D. CLARK; TULARE COUNTY ESCROW CO.; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | |
| 28 | Defendants. | |

STIPULATION AND ORDER OF DISMISSAL OF CARL ADAIR BROWN *AKA* C. ADAIR BROWN        1

Defendant CARL ADAIR BROWN *AKA* C. ADAIR BROWN (hereinafter "CARL ADAIR BROWN") and Plaintiff the United States of America, submit the following stipulation to the Court for its approval.

First, CARL ADAIR BROWN disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action. This disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that CARL ADAIR BROWN be dismissed as Defendant in this action, and that any FURTHER service of documents upon CARL ADAIR BROWN following service of this Order, is not necessary, and that CARL ADAIR BROWN may be omitted from the caption of this case in all subsequent filings with the Court.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date:   1/28/2015

By:     */s/*
        LYNN TRINKA ERNCE
        Assistant United States Attorney
        Attorneys for Plaintiff, United States of America


Date:   1/22/2015

By:     /s/
        CARL ADAIR BROWN *AKA* C. ADAIR BROWN

STIPULATION AND ORDER OF DISMISSAL OF CARL
ADAIR BROWN *AKA* C. ADAIR BROWN

2

# ORDER

IT IS ORDERED that Defendant CARL ADAIR BROWN *AKA* C. ADAIR BROWN (hereinafter "CARL ADAIR BROWN") is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon CARL ADAIR BROWN, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said CARL ADAIR BROWN may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated:  January 30, 2015

_____
Troy L. Nunley
United States District Judge