BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cv-01819-TLN-SKO |
| Plaintiff, | STIPULATION OF DISMISSAL OF KEITH D. OLSON, ACTING THROUGH SUCCESS PROPERTIES, BASED UPON DISCLAIMER; ORDER THEREON |
| v. | |
| 39.77 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RANDALL L. CARROLL, TRUSTEE UNDER THE RANDALL L. CARROLL SEPARATE PROPERTY TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS PROPERTIES, A JOINT VENTURE OF J. RAND OLSON *AKA* RAND OLSON *AKA* RAND J. OLSON *AKA* RAND JON OLSON *AKA* J.R. OLSON, KEITH D. OLSON AND C. ADAIR BROWN; CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION; HARDING & LEGGETT, INC.; MODOC COUNTY TITLE CO., INC.; JAMES L. HOLDEN, TRUSTEE OF THE CHESTER M. MASON FAMILY TRUST; JAMES BRADLEY CLARK *AKA* JAMES B. CLARK; PAULA DEAN CLARK *AKA* PAULA D. CLARK; TULARE COUNTY ESCROW CO.; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | |
| Defendants. | |

STIPULATION AND ORDER OF DISMISSAL OF
KEITH D. OLSON, ACTING THROUGH SUCCESS
PROPERTIES

1    Defendant KEITH D. OLSON, ACTING THROUGH SUCCESS PROPERTIES and Plaintiff

2  the United States of America, submit the following stipulation to the Court for its approval.

3    First, KEITH D. OLSON, ACTING THROUGH SUCCESS PROPERTIES disclaims interest or

4  estate in the real property interests that are the subject matter of this federal condemnation action.  This

5  disclaimer does not extend to any other assets held by other parties to this action.

6    Second, in light of this disclaimer of interest in the subject matter of this action, the parties

7  request that KEITH D. OLSON, ACTING THROUGH SUCCESS PROPERTIES be dismissed as

8  Defendant in this action, and that any FURTHER service of documents upon KEITH D. OLSON,

9  ACTING THROUGH SUCCESS PROPERTIES following service of this Order, is not necessary, and

10  that KEITH D. OLSON, ACTING THROUGH SUCCESS PROPERTIES may be omitted from the

11  caption of this case in all subsequent filings with the Court.

12    **Finally, the other parties remain in the case and this dismissal does not close the case file.**

13

14    BENJAMIN B. WAGNER
       United States Attorney
15

16

17  Date:   1/28/2015                    By:    _____/s/_____
                                                 LYNN TRINKA ERNCE
18                                               Assistant United States Attorney
                                                 Attorneys for Plaintiff, United States of America
19

20

21  Date:   1/2/2015                     By:    _____/s/_____
                                                 KEITH D. OLSON, ACTING THROUGH SUCCESS
22                                               PROPERTIES

23

24

25

26

27

28

1

<u>**ORDER**</u>

2      IT IS ORDERED that Defendant KEITH D. OLSON, ACTING THROUGH SUCCESS

3   PROPERTIES is dismissed as Defendant in this action.  The Clerk of the Court is directed to terminate

4   said Defendant from the Official Docket of this case.

5      IT IS FURTHER ORDERED that, after this Order is served upon KEITH D. OLSON, ACTING

6   THROUGH SUCCESS PROPERTIES, no further documents in this case need to be served upon said

7   Defendant.

8      IT IS FURTHER ORDERED that said KEITH D. OLSON, ACTING THROUGH SUCCESS

9   PROPERTIES may be omitted from the caption of this case in all future filings.

10      **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain**

11   **open.**

12

13

14   Dated:  January 30, 2015

15

16

17                                         Troy L. Nunley
                                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28