1   BENJAMIN B. WAGNER
United States Attorney
2   LYNN TRINKA ERNCE
Assistant United States Attorney
3   501 I Street Suite 10-100
Sacramento, CA 95814
4   Telephone: (916) 554-2720
Facsimile:  (916) 554-2900
5

6   Attorneys for United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    CASE NO. 1:14-cv-01819 TLN SKO

12              Plaintiff,                        STIPULATION OF DISMISSAL OF
                    v.                            SUCCESS PROPERTIES, BASED UPON
13                                                DISCLAIMER; ORDER THEREON

14   39.77 ACRES OF LAND, MORE OR LESS,
     SITUATE IN TULARE COUNTY, STATE OF
     CALIFORNIA; RANDALL L. CARROLL,
15   TRUSTEE UNDER THE RANDALL L.
     CARROLL SEPARATE PROPERTY TRUST;
16   ROSEDALE WATER COMPANY, A
     CALIFORNIA CORPORATION; SUCCESS
17   DEVELOPMENT COMPANY, A CALIFORNIA
     CORPORATION; JOYCE D. TZUGARIS *AKA*
18   JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D.
     KING; CARL ADAIR BROWN *AKA* C. ADAIR
19   BROWN; BARBARA J. BROWN; SUCCESS
     MUTUAL WATER COMPANY, A CALIFORNIA
20   CORPORATION; SUCCESS PROPERTIES, A
     JOINT VENTURE OF J. RAND OLSON *AKA*
21   RAND OLSON *AKA* RAND J. OLSON *AKA*
     RAND JON OLSON *AKA* J.R. OLSON, KEITH D.
22   OLSON AND C. ADAIR BROWN; CHICAGO
     TITLE COMPANY, A CALIFORNIA
23   CORPORATION; HARDING & LEGGETT, INC.;
     MODOC COUNTY TITLE CO., INC.; JAMES L.
24   HOLDEN, TRUSTEE OF THE CHESTER M.
     MASON FAMILY TRUST; JAMES BRADLEY
25   CLARK *AKA* JAMES B. CLARK; PAULA DEAN
     CLARK *AKA* PAULA D. CLARK; TULARE
26   COUNTY ESCROW CO.; TULARE COUNTY
     TREASURER AND TAX COLLECTOR; and
27   UNKNOWN OWNERS,

             Defendants.
28

STIPULATION AND ORDER OF DISMISSAL OF          1
SUCCESS PROPERTIES

1      Defendant SUCCESS PROPERTIES and Plaintiff the United States of America, submit the

2  following stipulation to the Court for its approval.

3      First, SUCCESS PROPERTIES disclaims interest or estate in the real property interests that are

4  the subject matter of this federal condemnation action.  This disclaimer does not extend to any other

5  assets held by other parties to this action.

6      Second, in light of this disclaimer of interest in the subject matter of this action, the parties

7  request that SUCCESS PROPERTIES be dismissed as Defendant in this action, and that any FURTHER

8  service of documents upon SUCCESS PROPERTIES following service of this Order, is not necessary,

9  and that SUCCESS PROPERTIES may be omitted from the caption of this case in all subsequent filings

10  with the Court.

11      **Finally, the other parties remain in the case and this dismissal does not close the case file.**

12

13                                                BENJAMIN B. WAGNER
                                                   United States Attorney

14

15
Date:    1/28/2015
16                                    By:    _____/s/_____
                                              LYNN TRINKA ERNCE
17                                            Assistant United States Attorney
                                              Attorneys for Plaintiff, United States of America

18

19
Date:    1/22/2015
20                                    By:    _____/s/_____
                                              SUCCESS PROPERTIES

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL OF            2
SUCCESS PROPERTIES

1

**ORDER**

2      IT IS ORDERED that Defendant SUCCESS PROPERTIES is dismissed as Defendant in this

3  action.  The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this

4  case.

5      IT IS FURTHER ORDERED that, after this Order is served upon SUCCESS PROPERTIES, no

6  further documents in this case need to be served upon said Defendant.

7      IT IS FURTHER ORDERED that SUCCESS PROPERTIES may be omitted from the caption of

8  this case in all future filings.

9      **IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain**

10  **open.**

11

12

13  Dated:  January 30, 2015

14

15

16  _____

17  Troy L. Nunley
    United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL OF
SUCCESS PROPERTIES

3