| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | LYNN TRINKA ERNCE |
| | Assistant United States Attorney |
| 3 | 501 I Street Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2720 |
| | Facsimile:  (916) 554-2900 |
| 5 | |
| 6 | Attorneys for United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | CASE NO. 1:14-cv-01819 TLN SKO |
| 12 | Plaintiff, | STIPULATION OF DISMISSAL OF CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION, BASED UPON DISCLAIMER; ORDER THEREON |
| | v. | |
| 13 | 39.77 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RANDALL L. CARROLL, TRUSTEE UNDER THE RANDALL L. CARROLL SEPARATE PROPERTY TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS PROPERTIES, A JOINT VENTURE OF J. RAND OLSON *AKA* RAND OLSON *AKA* RAND J. OLSON *AKA* RAND JON OLSON *AKA* J.R. OLSON, KEITH D. OLSON AND C. ADAIR BROWN; CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION; HARDING & LEGGETT, INC.; MODOC COUNTY TITLE CO., INC.; JAMES L. HOLDEN, TRUSTEE OF THE CHESTER M. MASON FAMILY TRUST; JAMES BRADLEY CLARK *AKA* JAMES B. CLARK; PAULA DEAN CLARK *AKA* PAULA D. CLARK; TULARE COUNTY ESCROW CO.; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | |
| | Defendants. | |

STIPULATION OF DISMISSAL OF CHICAGO TITLE COMPANY

1

1  Defendant CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION (hereinafter
2  "CHICAGO TITLE") and Plaintiff the United States of America, submit the following stipulation to the
3  Court for its approval.
4  First, CHICAGO TITLE disclaims interest or estate in the real property interests that are the
5  subject matter of this federal condemnation action.  This disclaimer does not extend to any other assets
6  held by other parties to this action.
7  Second, in light of this disclaimer of interest in the subject matter of this action, the parties
8  request that CHICAGO TITLE be dismissed as Defendant in this action, and that any FURTHER
9  service of documents upon CHICAGO TITLE following service of this Order, is not necessary, and that
10  CHICAGO TITLE may be omitted from the caption of this case in all subsequent filings with the Court.
11  **Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date:  February 4, 2015
By:  /s/ *Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Plaintiff, United States of America

Date:  February 4, 2015
By:  /s/ *Dave McGraw*
Managing Attorney
CHICAGO TITLE COMPANY, A CALIFORNIA
CORPORATION

# ORDER

IT IS ORDERED that Defendant CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION (hereinafter "CHICAGO TITLE"), is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon CHICAGO TITLE, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said CHICAGO TITLE may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated:  February 4, 2015

_____
Troy L. Nunley
United States District Judge