1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO. 1:14-cv-01819 TLN SKO

12              Plaintiff,                   **ORDER FOR DELIVERY OF POSSESSION**
          v.
13
   39.77 ACRES OF LAND, MORE OR LESS,
14 SITUATE IN TULARE COUNTY, STATE OF
   CALIFORNIA; RANDALL L. CARROLL,
15 TRUSTEE UNDER THE RANDALL L.
   CARROLL SEPARATE PROPERTY TRUST;
16 SUCCESS DEVELOPMENT COMPANY, A
   CALIFORNIA CORPORATION; CARL ADAIR
17 BROWN *AKA* C. ADAIR BROWN; BARBARA J.
   BROWN; SUCCESS MUTUAL WATER
18 COMPANY, A CALIFORNIA CORPORATION;
   SUCCESS PROPERTIES, A JOINT VENTURE OF
19 J. RAND OLSON *AKA* RAND OLSON *AKA*
   RAND J. OLSON *AKA* RAND JON OLSON *AKA*
20 J.R. OLSON, KEITH D. OLSON AND C. ADAIR
   BROWN; CHICAGO TITLE COMPANY, A
21 CALIFORNIA CORPORATION; MODOC
   COUNTY TITLE CO., INC.; TULARE COUNTY
22 TREASURER AND TAX COLLECTOR; and
   UNKNOWN OWNERS,
23
                Defendants.
24

25        THIS MATTER having come before the Court upon the *ex parte* motion of plaintiff United

26 States of America for an order for immediate delivery of possession to the United States of the property

27 described in the Declaration of Taking filed herein, and it appearing that the United States is entitled to

28 possession of said property upon due consideration of the motion,

ORDER FOR DELIVERY OF POSSESSION (CARROLL)        1

IT IS HEREBY ORDERED that the right to immediate possession of the property condemned, herein, is vested in the United States of America and that all defendants in this action, and all persons in possession or control of the property, as described in the Declaration of Taking, shall immediately surrender possession of the property to the United States.

IT IS FURTHER ORDERED that a copy of this order shall be served upon any persons in possession or control of the subject property forthwith.

Dated:  February 9, 2015

Troy L. Nunley
United States District Judge