1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 1:14-cv-01819 TLN SKO |
|---|---|---|
| 12 | Plaintiff, | STIPULATION AND ORDER OF DISMISSAL OF TULARE COUNTY TREASURER AND TAX COLLECTOR, BASED UPON DISCLAIMER; ORDER THEREON |
| 13 | v. | |
| 14 | 39.77 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; RANDALL L. CARROLL, TRUSTEE UNDER THE RANDALL L. CARROLL SEPARATE PROPERTY TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; SUCCESS MUTUAL WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS PROPERTIES, A JOINT VENTURE OF J. RAND OLSON *AKA* RAND OLSON *AKA* RAND J. OLSON *AKA* RAND JON OLSON *AKA* J.R. OLSON, KEITH D. OLSON AND C. ADAIR BROWN; CHICAGO TITLE COMPANY, A CALIFORNIA CORPORATION; HARDING & LEGGETT, INC.; MODOC COUNTY TITLE CO., INC.; JAMES L. HOLDEN, TRUSTEE OF THE CHESTER M. MASON FAMILY TRUST; JAMES BRADLEY CLARK *AKA* JAMES B. CLARK; PAULA DEAN CLARK *AKA* PAULA D. CLARK; TULARE COUNTY ESCROW CO.; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | |
| 28 | Defendants. | |

STIPULATION AND ORDER OF DISMISSAL OF TULARE COUNTY TREASURER AND TAX COLLECTOR

1

1  Defendant TULARE COUNTY TREASURER AND TAX COLLECTOR (hereinafter
2  "TULARE COUNTY"), and plaintiff the United States of America, submit the following stipulation to
3  the Court for its approval.
4  First, TULARE COUNTY disclaims interest or estate in the real property interests that are the
5  subject matter of this federal condemnation action.  This disclaimer does not extend to any other assets
6  held by other parties to this action.
7  Second, in light of this disclaimer of interest in the subject matter of this action, the parties
8  request that TULARE COUNTY be dismissed as Defendant in this action, and that any FURTHER
9  service of documents upon TULARE COUNTY following service of this Order, is not necessary, and
10 that TULARE COUNTY may be omitted from the caption of this case in all subsequent filings with the
11 Court.
12 **Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date: 2/12/2015      By:      */s/ Lynn Trinka Ernce*
                              LYNN TRINKA ERNCE
                              Assistant United States Attorney
                              Attorneys for Plaintiff, United States of America

KATHLEEN BALES-LANGE
Tulare County Counsel

Date: 2/11/2015      By:      /s/ Kathleen A. Taylor
                              KATHLEEN A. TAYLOR
                              Deputy County Counsel
                              Attorneys for Defendant Tulare County Treasurer and Tax
                              Collector

STIPULATION AND ORDER OF DISMISSAL OF
TULARE COUNTY TREASURER AND TAX
COLLECTOR

2

**ORDER**

IT IS ORDERED that Defendant TULARE COUNTY TREASURER AND TAX COLLECTOR (hereinafter "TULARE COUNTY") is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon TULARE COUNTY, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said TULARE COUNTY may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated:  February 12, 2015

_____
Troy L. Nunley
United States District Judge